IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

NEAL A. COWE,

   Plaintiff,

    v.

EQUIFAX CREDIT REPORTING,

   Defendant.

CIVIL ACTION FILE
NO. 1:09-CV-991-TWT

## ORDER

This is an action under the Fair Credit Reporting Act. It is before the Court on the Report and Recommendation [Doc. 29] of the Magistrate Judge recommending granting the Defendant's Second Motion to Dismiss [Doc. 25]. The Plaintiff has completely failed to comply with his discovery obligations. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Second Motion to Dismiss [Doc. 25] is GRANTED. This action is DISMISSED with prejudice.

SO ORDERED, this 8 day of March, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\09\Cowe\r&r.wpd